## G. H. HAMMOND CO. v. CROUCH.

(Opinion filed Dec. 14, 1892.)

Appeal from circuit court, Pennington county.

Motion to dismiss appeal.   Allowed.   No briefs filed.

*S. J. Parsons,* for appellant.

*Charles W. Brown,* for respondent.

BENNETT, P. J.   The record disclosed the same facts, substantially, as in the case of Bank v. Crouch, 3 S. D. 410, 53 N. W. Rep. 862, (decided at this term;) and for reasons there stated the appeal will be dismissed, without prejudice.